IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM PRICE, )
)
      Plaintiff, )
)
vs. ) Civil No.  13-cv-1160-CJP
)
CAROLYN W. COLVIN, )
)
      Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to the mandate of the Seventh Circuit Court of Appeals (Doc. 45), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff William Price and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:  9/16/2015

                                               JUSTINE FLANAGAN,
                                               Acting Clerk of Court

                                               BY:  _____
                                                               Deputy Clerk

Approved:
s/ Clifford J. Proud
Clifford J. Proud
**U.S. Magistrate Judge**